<u>Affidavit of Service</u>

State of New York    )
                           : ss.:
County of New York    )

Naleeni Ramraj

being duly sworn, deposes and says; that the deponent is not a party to the action, is over 18 years of age and resides at

105-15 148th Street
Jamaica, New York 11435

That on the 21st day of August, 2008, deponent served the within    Summons and Complaint, Proposed Order to Show Cause and Memorandum of Law    By Fedex overnight    on

National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, Delaware 19904

_____

Sworn to before me this
21st day of August, 2008

_____
Notary Public

KENNETH A. ZITTER
Notary Public, State of New York
No. 41-4837911
Qualified in Queens County
Commission Expires June 30, 2011

# FedEx Express US Airbill

FedEx Tracking Number: 8651 8877 7776
Form ID No.: 0215
Sender's Copy

**From** Please print and press hard.

Date: 8/21/08
Sender's FedEx Account Number: 1243-5174-9

Sender's Name: _____  Phone ( )

Company: ZITTER, KENNETH A. ATTY

# 379

Address: 260 MADISON AVE FL 18
Dept./Floor/Suite/Room

City: NEW YORK   State: NY   ZIP: 10016-2401

Your Internal Billing Reference: OPTIONAL

**To**

Recipient's Name: _____  Phone ( )

Company: National Registered Agents, Inc.

Recipient's Address: 160 Greentree Drive - Suite 101
Dept./Floor/Suite/Room

Address:
To request a package be held at a specific FedEx location, print FedEx address here.

City: Dover   State: DE   ZIP: 19904

0377057096


Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** — Packages up to 150 lbs.
- [✓] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [✓] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [✓] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. ___ Exp. Date ___

Total Packages ___ Total Weight ___ Total Declared Value $ .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRF



Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services
Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version   Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 865188777776 | Delivered to | Receptionist/Front Desk |
| Signed for by | D.SECHAUD | Service type | Priority Pak |
| Ship date | Aug 21, 2008 | Weight | 2.0 lbs. |
| Delivery date | Aug 22, 2008 10:35 AM | | |
| Status | Delivered | | |
| Signature image available | No | | |

**Wrong Address?** Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment? Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 22, 2008 | 10:35 AM | Delivered | | |
| | 9:30 AM | On FedEx vehicle for delivery | DOVER, DE | |
| | 8:56 AM | At local FedEx facility | DOVER, DE | |
| | 7:01 AM | At dest sort facility | PHILADELPHIA, PA | |
| | 4:08 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:34 AM | Arrived at FedEx location | NEWARK, NJ | |
| Aug 21, 2008 | 11:45 PM | Left FedEx origin facility | NEW YORK, NY | |
| | 5:57 PM | Picked up | NEW YORK, NY | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name:                                   Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]
Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx